IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIFFANY HICKMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | Case No. 3:24-cv-00036-HL<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

It is hereby ORDERED that fees in the amount of $8,095.61 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Attorney and paralegal fees in the amount of $8,095.61 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this    3    day of      April         2025.

_____
Honorable Andrew D. Hallman
United States Magistrate Judge

ORDER FOR EAJA FEES - 1
[3:24-cv-00036-HL]

Proposed Order submitted on March 31, 2025.

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff